

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00252-CV

———————————————

IN RE USAA CASUALTY INSURANCE COMPANY, Relator

Original Proceeding
County Court at Law No. 2 of Denton County, Texas
Trial Court No. CV-2020-00855

Before Bassel, Gabriel, and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Having considered relator's petition for writ of mandamus and all related filings, including real party in interest's September 24, 2020 letter to this court, the court is of the opinion that relief should be denied as moot. Accordingly, relator's petition for writ of mandamus is denied, and we lift the stay previously ordered by this court.

Per Curiam

Delivered: October 1, 2020